United States District Court
Southern District of Texas
Corpus Christi Division

| | |
|---|---|
| Shamrock Products, LLC.<br>    *Plaintiff* | §<br>§<br>§   Civil Action No. 2:23-cv-98<br>§ |
| versus | §   Diversity-Jury Requested<br>§<br>§ |
| Pure Aviation, LLC, and;<br>SouthStar Capital, LLC<br>    *Defendants* | §<br>§<br>§<br>§ |

## Plaintiff's Notice of Dismissial Without Prejudice

To the Court:

Comes Now Grey Rock Gathering & Marketing, L.L.C. ("Plaintiff"), and pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure files this notice of dismissal without prejudice. This notice is filed before either Defendant, Pure Aviation, LLC or SouthStar Capital, LLC have filed an answer or motion for summary judgment. *See* Court's docket. Because neither an answer nor motion for summary judgment have been filed by Defendants, no order is required for dismissal. *See* FED. R. CIV. P. 41(a)(i). Respectfully submitted this 1st day of May, 2022.

THE CREW LAW FIRM, P.C.
*/s/ Paxton N. Crew*

Paxton N. Crew
ATTORNEY-IN-CHARGE FOR
Plaintiff, Shamrock Products, LLC
SDTX 859147
TBA No. 24058720
303 E. Main, Suite 260
League City, Texas 77573
Paxton@thecrewlawfirm.com
Telephone: (713) 955-0909
Facsimile: (409) 908-4050